Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-394-531**

**Effective Date of Registration:**
March 12, 2024
**Registration Decision Date:**
May 20, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Forest Collage |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | July 24, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

- | | |
  |---|---|
  | **Author:** | Jim Hansel |
  | **Author Created:** | 2-D artwork |
  | **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jim Hansel |
| | 11990 Creekridge Lane, Chaska, MN, 55318, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Looking Good Licensing, LLC. |
| **Name:** | Paul Wheeler, Jr. |
| **Email:** | paul@lookinggoodlicensing.com |
| **Telephone:** | (802)362-4882 |
| **Alt. Telephone:** | (860)248-9838 |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | March 12, 2024 |

<->


# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-394-540**

**Effective Date of Registration:**
March 12, 2024
**Registration Decision Date:**
May 20, 2024

---

## Title

        **Title of Work:** Autumn Visitors

## Completion/Publication

        **Year of Completion:** 1995
        **Date of 1st Publication:** April 01, 1995
        **Nation of 1st Publication:** United States

## Author

-         **Author:** Jim Hansel
        **Author Created:** 2-D artwork
        **Citizen of:** United States

## Copyright Claimant

        **Copyright Claimant:** Jim Hansel
        11990 Creekridge Lane, Chaska, MN, 55318, United States

## Rights and Permissions

        **Organization Name:** Looking Good Licensing, LLC.
        **Name:** Paul Wheeler, Jr.
        **Email:** paul@lookinggoodlicensing.com
        **Telephone:** (802)362-4882
        **Alt. Telephone:** (860)248-9838

## Certification

        **Name:** David Denholm
        **Date:** March 12, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-394-536**

**Effective Date of Registration:**
March 12, 2024
**Registration Decision Date:**
May 20, 2024



---

### Title

| | |
|---|---|
| **Title of Work:** | Ruby Throated Hummingbird |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1993 |
| **Date of 1st Publication:** | June 01, 1993 |
| **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| **Author:** | Jim Hansel |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jim Hansel |
| | 11990 Creekridge Lane, Chaska, MN, 55318, United States |

### Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Looking Good Licensing, LLC. |
| **Name:** | Paul Wheeler, Jr. |
| **Email:** | paul@lookinggoodlicensing.com |
| **Telephone:** | (802)362-4882 |
| **Alt. Telephone:** | (860)248-9838 |

### Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | March 12, 2024 |

